UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
PROBATION OFFICE

**LAVETRA A. MORGAN**
Chief U.S. Probation Officer

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

September 9, 2020

**ELIZABETH MILLER**
Deputy Chief U.S. Probation Officer

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

La Plata County Courthouse
1060 E. 2nd Avenue, Suite 130
Durango, CO 81301
Phone: (970) 385-1934

RESPOND TO:   Colorado Springs

RE:   Defendant:  Smith, James Roy
      Docket No.: 1:18CR00408-1
      **PROBATION RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

On August 14, 2014, James Roy Smith was sentenced in the District of New Jersey by the Honorable Stanley R. Chesler to 51 months imprisonment to be followed by 15 years of supervised release for committing the offenses of Conspiracy to Transport Individuals to Engage in Prostitution and Transporting for Prostitution.  On January 16, 2018, supervised release commenced in the District of Colorado.  On September 6, 2018, Jurisdiction was transferred to the District of Colorado and assigned to Your Honor.

The purpose of this report is to inform the Court of the conduct and condition of the defendant and oppose his request that his supervised release be terminated early.  Title 18 U.S.C. § 3564(c) permits the Court to terminate the term of supervised release after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice.  When considering the appropriateness for early termination, the probation office bases our recommendation on the below criteria that has been approved by the Judicial Conference Committee on Criminal Law.

- No aggravated role in the offense of conviction – the offense of conviction in this case is significant, and Mr. Smith did receive an aggravated role in the offense.

- No recent arrests or convictions – Mr. Smith has had no new arrests or any unresolved pending charges while on supervised release.

- No recent psychiatric episodes – Mr. Smith has never been treated by a psychiatrist; however, he has seen a psychologist in the past for sadness, anger, and depression after he witnessed the tragic loss of his close friend.  Upon his release from imprisonment, he was enrolled in substance abuse treatment and testing, which he completed successfully in November 2018.  In November 2019, Mr. Smith requested to go back to treatment to work on issues surrounding grief and loss.  He was enrolled back into treatment to focus on these issues and currently attends individual, bi-weekly sessions.

- No identifiable risk to the safety of any victim – based on the nature of the instant offense, the safety of the victims in this case is paramount.  The probation office has not found any evidence to believe that any of the victims in this case are being threatened for their safety.

- No identifiable risk to public safety based on assessments – the probation office utilizes a risk assessment to help determine risk and recidivism.  As of July 30, 2020, Mr. Smith has a risk category of low/moderate

Defendant: Smith, James Roy
Docket No.: 1:18CR00408-1

> on the Post Conviction Risk Assessment.  In this category, 7% of offenders have their supervision revoked and 17% are rearrested within the next 12 months.  Additionally, this assessment indicates that he is not exhibiting criminal thinking. The violence assessment indicates he is a category 1. In this category 13.8% of offenders commit a violent offense.

- No history of violence – Mr. Smith does have a criminal history that includes violence, with his last violent arrest coming in the instant offense.  Since the start of his supervised release, there has been no evidence of violent behavior.

- No recent evidence of alcohol or drug abuse – the defendant has participated in random substance abuse testing while on supervision with no positive tests.

- Progressive strides toward supervision objectives and in compliance with all conditions of supervision – Mr. Smith has complied with all of his conditions of supervised release.

- Stable community reintegration – Mr. Smith has resided in Colorado, since his release from custody.  He currently resides with his girlfriend and children who are supportive of him.  He has maintained full time employment and has been with the same company since the start of supervised release.  He helps support his wife and is a fatherly figure to his children.

At the time of his sentencing, Judge Chesler sentenced Mr. Smith to a term of 15 years of supervised release. In his motion to the Court, Mr. Smith indicates that the judge did not intend for him to complete all 15 years, but wanted to give him enough time to complete his conditions.  At this time, Mr. Smith remains in outpatient treatment.  The probation office would like to see Mr. Smith complete his treatment and maintain his compliance after treatment before he is granted early termination of supervised release.

Respectfully submitted,

*s/Joel R. Nelson*
Joel R. Nelson
United States Probation Officer


Approved:

*s/Travis Cormaney*
Travis Cormaney
Supervising United States Probation Officer