**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 18-cr-00408-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAMES ROY SMITH,

     Defendant.

---

**ORDER DENYING REQUEST FOR EARLY TERMINATION
FROM SUPERVISED RELEASE**

---

On August 26, 2020, Defendant James Roy Smith submitted a *pro se* Motion to Terminate Defendant's Supervised Release Term (Doc. 3). On September 27, 2020, the Court ordered that the probation office and the United States to respond in writing by September 9, 2020. Both the Probation Office and the Government have argued against early termination of supervised release for Defendant.

The Court has reviewed the matter and notes that Mr. Smith has had no new arrests or any unresolved pending charges while on supervised release. He has successfully completed substance abuse treatment and continues to attend individual bi-weekly sessions and has had no positive tests with his random substance abuse testing. Mr. Smith has a stable family situation, including being a fatherly figure to his children, and helps support his wife and family by maintaining full-time employed with

the same company he has been with since the start of supervised release.  The Court further notes that at this time Mr. Smith has complied with all of his conditions of supervised release and the Court commends Mr. Smith for the progress he has made while on supervised release.

Mr. Smith has been on supervised release for less than three of the fifteen years of supervised release that was imposed as part of his sentence.[1]  Although Mr. Smith has done well on supervised release over the last three years, the Court finds that the seriousness of Mr. Smith's offenses and his role in the offenses weighs against early termination.   The Court agrees with the Probation Officer that it is important that Mr. Smith complete his outpatient treatment and maintain complaint for some additional time prior to termination of supervised release.   Accordingly, the Court hereby

ORDERS that Defendant James Roy Smith's *pro se* Motion to Terminate Defendant's Supervised Release Term (Doc. 3) is DENIED.

DATED: October 6, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

---

[1] The Court need not decide the issue of whether it can terminate supervised release prior to the expiration of the mandatory minimum period of five years imposed by statute.